PER CURIAM.
We affirm and certify to the Florida Supreme Court the following question certified in Williams v. State, 700 So.2d 750 (Fla. 2d DCA 1997):
SHOULD THE REQUIREMENT THAT A DEFENDANT PAY FOR DRUG TESTING BE TREATED AS A GENERAL CONDITION OF PROBATION FOR WHICH NOTICE IS PROVIDED BY SECTION 948.09(6), FLORIDA STATUTES (1995), OR SHOULD IT BE TREATED AS A SPECIAL CONDITION THAT REQUIRES ORAL ANNOUNCEMENT?
PARKER, C.J., and QUINCE and WHATLEY, JJ., concur.